### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**DENEICE LYNETTY HODGES**                                              **PLAINTIFF**

**V.**                                                            **NO.: 1:21-cv-5-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                               **DEFENDANT**

### ORDER

The Defendant has filed an unopposed Motion for Remand [18]. For good cause shown

and being advised that the motion is unopposed, the court finds that the motion is well-taken and

should be granted.

Accordingly, the above reference cause is remanded for further administrative action

pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED** this, the 20th day of September, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

1