# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**DENEICE LYNETTY HODGES**                                                   **PLAINTIFF**

**V.**                                                  **NO.: 1:21-cv-5-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                              **DEFENDANT**

## FINAL JUDGMENT

Consistent with the court's order [20], this case is remanded for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED AND ADJUDGED** this, the 22nd day of September, 2021.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**